1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YILE LIU,<br><br>                Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                Defendants. | C 5:24-cv-04580-PCP<br><br>**STIPULATION TO PROPOSED SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

On October 21, 2024, the Court granted the parties' third stipulation to extend time for Defendants' response to Plaintiff's complaint, setting Defendants' response due date as October 24, 2024. Dkt. No. 15. Following the Court's order, Defendants notified Plaintiff's counsel that Defendants intend to file a motion to dismiss Plaintiff's complaint. The parties agreed to a proposed briefing schedule and hearing date for Defendants' motion. Accordingly, subject to the Court's approval, the parties request the following proposed schedule for Defendants' motion to dismiss Plaintiff's complaint:

1. Defendants will file their motion to dismiss by October 25, 2024.

2. Plaintiff will file her response to Defendants' motion by November 14, 2024.

3. Defendants will file their reply in support of their motion by November 27, 2024.

4. Defendants will notice the hearing on their motion to dismiss for December 19, 2024, at

Stipulation
C 5:24-cv-04580-PCP                    1

10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: October 24, 2024　　　　　　　　　　　　Respectfully submitted[1],

　　　　　　　　　　　　　　　　　　　　　　　ISMAIL J. RAMSEY
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth D. Kurlan*
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. KURLAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


Dated: October 24, 2024
　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nguyen D. Luu*
　　　　　　　　　　　　　　　　　　　　　　　NGUYEN D. LUU
　　　　　　　　　　　　　　　　　　　　　　　Luu Law, PC
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:　October 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. P. CASEY PITTS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 5:24-cv-04580-PCP　　　　　　　　　　2

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. October 21, 2024, the Court granted the parties' third stipulation to extend time for Defendants' response to Plaintiff's complaint, setting Defendants' response due date as October 24, 2024. *See* Dkt. No. 15.

3. Following the Court's Order granting additional time, I discussed with Plaintiff's counsel Defendants' intention to file a motion to dismiss Plaintiff's complaint. Plaintiff's counsel agreed to stipulate to a proposed briefing and hearing schedule for Defendants' motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 24, 2024

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney